BESHADA FARNESE LLP
Peter J. Farnese (State Bar No. 251204)
pjf@bfllplaw.com
11601 Wilshire Blvd, Ste 500
Los Angeles, CA 90025
Telephone:     855-935-5322
Facsimile:     310-388-1232

COOPER & DUNHAM LLP
Robert T. Maldonado (admitted *pro hac vice*)
Laura A. Alos (admitted *pro hac vice*)
Rmaldonado@cooperdunham.com
lalos@cooperdunham.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:     212.278.0509
Facsimile:     212.391.0525

*Attorneys for Defendants TELEBRANDS CORP. and WALMART, INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>TELEBRANDS CORP., a New Jersey corporation, DOES 1 through 10, and WALMART, INC.,<br><br>    Defendants. | Case No. 2:19-cv-08967-SJO-JC<br><br>**DEFENDANT WALMART, INC.'S NOTICE OF MOTION AND MOTION TO SEVER AND STAY**<br><br>Date:          March 16, 2020<br>Time:          10:00 a.m.<br>Courtroom:  10C<br>Judge:         Hon. S. James Otero |

PLEASE TAKE NOTICE THAT on March 16, 2020, at 10:00a.m., or as soon thereafter as the matter may be heard in Courtroom 10C of the above-entitled Court located at 350 W. 1st Street, Los Angeles, California, 90012, Defendant Walmart, Inc. ("Walmart") moves to Sever and Stay. This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the accompanying Declaration of Bala Iyer, the accompanying Declaration of Robert Maldonado, the accompanying Declaration of Andrew Schussler, the pleadings on file in this action, and on such other matters presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 4, 2019.

DATED: February 21, 2020

Respectfully submitted,

BESHADA FARNESE LLP

By:    /s/Peter J. Farnese
       Peter J. Farnese
       pjf@bfllplaw.com

COOPER & DUNHAM LLP
Robert T. Maldonado
(admitted pro hac vice)
Laura A. Alos
(admitted pro hac vice)
Rmaldonado@cooperdunham.com
lalos@cooperdunham.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:    212.278.0509
Facsimile:    212.391.0525

*Attorneys for Defendants*
*TELEBRANDS CORP. and*
*WALMART, INC.*

# CERTIFICATE OF SERVICE

I certify that on February 21, 2020, a true and correct copy of the foregoing was filed with the Court and served electronically. The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on February 21, 2020 at Los Angeles, California.

                                                /s/Peter J. Farnese