BESHADA FARNESE LLP
Peter J. Farnese (State Bar No. 251204)
pjf@beshadafarneselaw.com
11601 Wilshire Blvd, Ste 500
Los Angeles, CA 90025
Telephone:      815-935-5322
Facsimile:       310-388-1232

COOPER & DUNHAM LLP
Robert T. Maldonado (admitted *pro hac vice*)
Rmaldonado@cooperdunham.com
Laura A. Alos (admitted *pro hac vice*)
Rmaldonado@cooperdunham.com
lalos@cooperdunham.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:      212.278.0509
Facsimile:       212.391.0525

*Attorneys for Defendants TELEBRANDS CORP. and WALMART, INC.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>TELEBRANDS CORP., a New Jersey corporation, DOES 1 through 10, and WALMART, INC.,<br><br>           Defendants. | Case No. 2:18-cv-09461- R-FFM<br><br>**DECLARATION OF ROBERT T. MALDONADO IN SUPPORT OF DEFENDANTS' MOTION TO SEVER AND STAY ACTION AGAINST WALMART, INC.** |

I, Robert T. Maldonado, do hereby declare as follows:

1. I submit this declaration in the above-identified case in support of Defendants' Telebrands Corp. ("Telebrands") and Walmart, Inc. ("Walmart") Motion to Sever and Stay. I make this declaration based on my own personal knowledge or upon information and belief and, if called upon to testify, would testify competently as to the matters contained therein.

2. I am a member of the firm Cooper & Dunham LLP and am outside intellectual property counsel for Telebrands.

3. Attached as Exhibit 1 is a true and correct copy of a June 17, 2019 email counsel for Altair, Mr. Ronald P. Oines, sent to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 20, 2020

By: */s/ Robert T. Maldonado*
Robert T. Maldonado

*Attorney for Defendant Telebrands Corp.*