# Exhibit 1

**Jonathan P. Presvelis**

| | |
|---|---|
| **From:** | Oines, Ronald <roines@rutan.com> |
| **Sent:** | Monday, June 17, 2019 2:05 PM |
| **To:** | Robert Maldonado |
| **Cc:** | Benjamin Han; Laura A. Alos; Ashwat Rishi |
| **Subject:** | RE: Improper Amazon Takedown Notices re DERMASUCTION (Complaint ID: 5873076301) |
| **Attachments:** | B07D84GQL9 Amazon.com_ Official As Seen On TV DermaSuction Facial Pore V….pdf |

Rob:

  The Dermasuction device sold on Amazon as ASIN B07D84GQL9 includes the abrasive head.  See attached at pages 1 and 4.  Page 4 shows that the Dermasuction sold as ASIN B07D84GQL9 includes the abrasive "Sonic Head."  Although page 1 refers to the head as a "Silicone Head," it is clear in the image on page 1 that this is the abrasive head.  Therefore, Altair's inclusion of this ASIN, along with numerous other ASINs, in Altair's Notice of Claimed Infringement to Amazon was appropriate, and Amazon properly removed the listing.  (Note, your statement that "Amazon will only remove listings alleged to infringe a utility patent if there exists a court order or an ITC order finding infringement" is incorrect.)

  If Telebrands wishes to sell a device without an abrasive tip, Altair does not object.  However, Altair's Notice of Claimed Infringement as to ASIN B07D84GQL9 was proper

  Regards
Ron


Ronald P. Oines
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
(714) 662-4680 (direct)
roines@rutan.com
www.rutan.com

**RUTAN**

_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Robert Maldonado [mailto:RMALDONADO@COOPERDUNHAM.COM]
**Sent:** Friday, June 14, 2019 3:59 PM
**To:** Oines, Ronald <roines@rutan.com>
**Cc:** Solórzano, Cecilia <CSolorzano@rutan.com>; Benjamin Han <BHan@COOPERDUNHAM.COM>; Laura A. Alos <lalos@cooperdunham.com>; Ashwat Rishi <ARishi@COOPERDUNHAM.COM>
**Subject:** Improper Amazon Takedown Notices re DERMASUCTION (Complaint ID: 5873076301)

Dear Mr. Oines:

As you undoubtedly know, on or about March 17, 2019, your firm filed a Complaint with Amazon to have Bulbhead's listings for the DERMASUCTION product removed, alleging infringement of U.S. Patent No. 6,241,739 (see below). As you know, Amazon will only remove listings alleged to infringe a utility patent if there exists a court order or an ITC order finding infringement of the asserted utility patent. However, there is no court order or ITC order finding infringement of the '739 patent by the DERMASUCTION product. Therefore, the removal was inappropriate. Moreover, as you know, Telebrands' re-designed DERMASUCTION product has a silicon, non-abrasive head, which you have acknowledged does not infringe Altair's '739 patent. Accordingly, your takedown request was submitted in bad faith and constitutes tortious interference and unfair competition by Altair. Bulbhead has been attempting to reactivate the listings itself, but Amazon will not do so without Altair's consent.

We, therefore, demand that you immediately contact Amazon and have Telebrands' DERMASUCTION listings reactivated. Telebrands has lost significant revenue as a result of Altair's tortious interference. Amazon will only reactivate the listings if the Complainant withdraws its Complaint. If Altair does not take steps to have the DERMASUCTION listings restored by Wednesday, June 19th, Telebrands will seek emergency relief from the Court.

Best regards,

Robert T. Maldonado
Cooper & Dunham LLP
30 Rockefeller Plaza, 20th Floor
New York, NY  10112
Tel: (212) 278-0509
Fax: (212) 391-0525
Email: rmaldonado@cooperdunham.com

This message is intended solely for the use of the addressee and may contain confidential and/or attorney-client privileged information.  If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, distribution, or copying of this message is strictly prohibited.  If you received this message in error, please notify us immediately. Thank you.

**From:** Amazon <notice-dispute@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Sunday, March 17, 2019 at 6:02 AM
**To:** ranjit mulgaonkar <amazon@purplecow.store>
**Subject:** Notice: Policy Warning



Hello,

We removed some of your listings because we received a report from a rights owner that they infringe the following patent(s):

6, 241, 739

The listings we removed are at the bottom of this message.

Why did this happen?
One or more of your listings may be infringing the intellectual property rights of others.

We're here to help.
If you need help better understanding what is causing this, please search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listing?
To reactivate your listing you may provide one of the following:
1) A letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your product sales are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

Have your listings been removed in error?
If you believe there has been an error, please tell us why. Your explanation should include the following information:
-- Proof that you have never sold the reported product. We will investigate to determine if an error occurred.

OR

-- Explanation of why you were warned in error. We will investigate to determine if an error occurred.

What happens if I do not provide the requested information?
If we do not receive the requested information, your listings will remain inactive.

ASIN: B073VD5PX1 B06Y48WHJ1 B07MPCSPX5 B07DHY5MHC B07MKC2WNB B07CQGVZW2 B06WVBZXDF B07MHW6924 B07BS9XM2Q B07CYMZZQL B07NPS5N9D B07D84GQL9 B07MV2MK96 B07MZ6Q9KY B07FZY975P B07KNCBKLY B07D5L5F7Z B07H34RFZV B07G574HNK B07D4FMSGQ B07LGJGT53 B07DNT4P7V B07HY5SFJS B07GKRMNRL B07H59MYZM B07MVH7TQT B07HR67S45 B07GKSPBFM B07FRCRDVV B07DHZS6NM B07B679ZBH B07C214CNK B07G774YDL B07NY4Q22C B071NSCPPM B07L5XCRYP B07GT1PJ94 B07NRLC2RL B07DZPXLRM B07J4PJS7X B07HK8DD13 B07J3WS581 B07FCQ2D8R B074DTWBR7 B07JLCSJWJ B07MLDKDQS B07H191L4Z B07HMGFLG2 B07GLGG8P7 B07MP3412R B07GVZ9JW6 B07J65NJ6K B07J67KHNJ B00QEEMKZY B075XNSRW8 B0787J8Q7W B07GP4V11B B07C6CLKPW B07K8S555W B07FMPFBGZ B07LDRMRYR B079DBL546 B075Q433RH B07P3ZV1R5 B06XGBRD15 B07MB19L1K B07CVHW4ZS B07GWJYVCY B07D4DK94T B07LGKXY91 B07M8JMJ1P B07FMQPYNZ B07K7WQ9T7 B07NQCHZ3V B07M9Q35S1 B07CSR17JS B07GDLK5LT B07LGZMNQP B07KX6F4N3 B07JBNGLMH B07BSRDVTG B07LGMWVW9 B07GJCM6VW B07C8LLJKZ B076YXXZ3T B07H3ZZP4Y B07BHGZ4HN B07BPV9CS7 B07CCMM7FK B076X5YY54 B07C9N1MMS B07C95Z6GH B07C91WTYL B07BTBLM7H B07BSYPTJ5 B07BS9ZBZ2 B07LFYZXRM B07H7F5DYZ B07FFS53K8 B07BLXPR74
Infringement type: 6, 241, 739
Complaint ID: 5873076301

CSolorzano@rutan.com

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en
Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com



4