BESHADA FARNESE LLP
Peter J. Farnese (State Bar No. 251204)
pjf@beshadafarneselaw.com
11601 Wilshire Blvd, Ste 500
Los Angeles, CA 90025
Telephone:    815-935-5322
Facsimile:    310-388-1232


COOPER & DUNHAM LLP
Robert T. Maldonado (admitted *pro hac vice*)
Rmaldonado@cooperdunham.com
Laura A. Alos (admitted *pro hac vice*)
Rmaldonado@cooperdunham.com
lalos@cooperdunham.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:    212.278.0509
Facsimile:    212.391.0525

*Attorneys for Defendants TELEBRANDS CORP. and WALMART INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey corporation, DOES 1 through 10, and WALMART INC.,<br><br>Defendants. | Case No. 2:19-cv-08967-SJO-JC<br><br>**DECLARATION OF ANDREW SCHUSSLER IN SUPPORT OF DEFENDANTS' MOTION TO SEVER AND STAY ACTION AGAINST WALMART INC.** |

I, Andrew Schussler, declare and state as follows:

1. I submit this declaration in the above-identified case in support of Defendant Walmart, Inc.'s ("Walmart") Motion to Sever and Stay. I make this declaration on personal, firsthand knowledge, and if called as a witness, would testify competently thereto.

2. I am a Buyer for Batteries and As Seen On TV merchandise at Walmart stores. My responsibilities include identifying new products for Walmart to sell and facilitating Walmart's product ordering process.

3. Walmart purchased, and continues to purchase, the DERMASUCTION product from Telebrands Corp.

4. Walmart offers the DERMASUCTION product for sale.

5. Walmart did not, and does not, design, manufacture, or import the DERMASUCTION product.

6. I understand Walmart will agree to be bound by any findings of fact and conclusions of law as determined by this Court in the above-captioned case against Telebrands with respect to whether the DERMASUCTION product infringes U.S. Patent No. 6,421,739 ("the '739 patent") and with respect to whether the '739 patent is valid, subject to appeal.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct and that this declaration was executed in Rogers,
3  Arkansas, on February 20, 2020.

By: _____
     Andrew Schussler