1  BESHADA FARNESE LLP
2  Peter J. Farnese (State Bar No. 251204)
   pjf@beshadafarneselaw.com
3  11601 Wilshire Blvd, Ste 500
4  Los Angeles, CA 90025
   Telephone:    815-935-5322
5  Facsimile:    310-388-1232

6

7  COOPER & DUNHAM LLP
   Robert T. Maldonado (admitted *pro hac vice*)
8  Rmaldonado@cooperdunham.com
9  Laura A. Alos (admitted *pro hac vice*)
   Rmaldonado@cooperdunham.com
10 lalos@cooperdunham.com
11 30 Rockefeller Plaza
   New York, NY 10112
12 Telephone:    212.278.0509
13 Facsimile:    212.391.0525

14
   *Attorneys for Defendants TELEBRANDS CORP. and WALMART, INC.*
15
                   **UNITED STATES DISTRICT COURT**
16                 **CENTRAL DISTRICT OF CALIFORNIA**
17

18                                              )
19 ALTAIR INSTRUMENTS, INC., a                  ) Case No. 2:19-cv-08967-SJO-JC
   California corporation,                      )
20                                              )
              Plaintiff,                        ) **DECLARATION OF BALA IYER IN SUPPORT**
21                                              ) **OF DEFENDANTS' MOTION TO SEVER AND**
       v.                                       ) **STAY ACTION AGAINST WALMART, INC.**
22                                              )
   TELEBRANDS CORP., a New Jersey               )
23 corporation, DOES 1 through 10, and          )
   WALMART, INC.,                               )
24                                              )
              Defendants.                       )
25 _____         )
26
27
28

I, Bala Iyer, declare and state as follows:

1. I submit this declaration in the above-identified case in support of Defendants' Telebrands Corp. ("Telebrands") and Walmart, Inc. ("Walmart") Motion to Sever and Stay. I make this declaration on personal, firsthand knowledge, and if called as a witness, would testify competently thereto.

2. I am an Executive Vice President and Chief Operating Officer of Telebrands, and I am responsible for overseeing the day to day operations at Telebrands.

3. Telebrands is a direct response marketing company and is engaged in the business of marketing and selling a wide variety of consumer products through direct response marketing and through national retail stores.

4. For over thirty years, Telebrands has been a leading developer and marketer of consumer products. One such product is a handheld skincare product that removes blackheads and unclogs skin pores which Telebrands markets under the trademark DERMASUCTION.

5. The DERMASUCTION product at issue in this case was designed and developed by Telebrands. Walmart was not involved. Walmart is a retail customer of Telebrands. Telebrands has sold the DERMASUCTION product to Walmart for sale to consumers.

6. Telebrands' employees possess knowledge about the product at issue as well as the product's creation, development, and marketing.

7. Further, Telebrands is in possession of documents relevant to the subject matter of this case. This includes, but is not limited to, documents regarding the creation and development of the product at issue and its packaging, the marketing of the product at issue and its packaging, the manufacturing of the product at issue, invalidity and non-infringement of the patent-in-suit, as well as financial and sales information related to the product at issue.

8. Telebrands is indemnifying Walmart in this action for DERMASUCTION products that Walmart has advertised and sold.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Fairfield, New Jersey, on February 20, 2020.

DATED: February 20, 2020

By: _____
Bala Iyer