BESHADA FARNESE LLP
Peter J. Farnese (State Bar No. 251204)
pjf@bfllplaw.com
11601 Wilshire Blvd, Ste 500
Los Angeles, CA 90025
Telephone:     855-935-5322
Facsimile:     310-388-1232

COOPER & DUNHAM LLP
Robert T. Maldonado (admitted *pro hac vice*)
Laura A. Alos (admitted *pro hac vice*)
Rmaldonado@cooperdunham.com
lalos@cooperdunham.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:     212.278.0509
Facsimile:     212.391.0525

*Attorneys for Defendants TELEBRANDS CORP. and WALMART, INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TELEBRANDS CORP., a New Jersey corporation, DOES 1 through 10, and WALMART, INC.,<br><br>Defendants. | Case No. 2:19-cv-08967-SJO-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WALMART, INC.'S MOTION TO SEVER AND STAY**<br><br>Hon. S. James Otero |

Before the Court is Defendant Walmart, Inc.'s Motion to Sever and Stay. Having Considered the briefing and arguments presented by the parties, the Court hereby GRANTS the Motion to Sever and Stay.

IT IS SO ORDERED.

DATED:

Hon. S. James Otero<br>United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on February 21, 2020, a true and correct copy of the foregoing was filed with the Court and served electronically. The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on February 21, 2020 at Los Angeles, California.

/s/Peter J. Farnese